N THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

v.                                          CASE NO.: 1:11-CR-27-SPM/GRJ

MARK ROBERT OLEARY,

    Defendant.
_____/

## ACCEPTANCE OF GUILTY PLEA

**PURSUANT TO** the Report and Recommendation (doc. 24) of the United States Magistrate Judge, to which there have been no timely objections, and subject to the Court's consideration of any Plea Agreement pursuant to Federal Rule of Criminal Procedure 11, the plea of guilty of the Defendant, **MARK ROBERT OLEARY**, to Count One of the indictment is hereby ACCEPTED. All parties shall appear before this Court for sentencing as directed.

**DONE AND ORDERED** this 7th day of October, 2011.

*S/ Stephan P. Mickle*
Stephan P. Mickle
Senior United States District Judge