IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

v.  CASE NO.: 1:11-CR-27-SPM/GRJ

MARK ROBERT OLEARY,

    Defendant.
_____/

## ORDER

This cause is before the Court on the Notice of Settlement (doc. 43) regarding forfeiture of the defendant real property located at 14171 S.E. 25th Street, Morriston, Florida. The United States of America and Claimant, Jill O'Leary have executed a Settlement Agreement regarding the above-referenced property. According to that agreement, Claimant will list the defendant property for a private sale and the net proceeds will be divided evenly between Claimant and the United States of America. Plaintiff has requested that this Court retain jurisdiction to enforce the terms of the agreement. Accordingly, it is

**ORDERED AND ADJUDGED** that this Court will retain jurisdiction over this matter in order to enforce the terms of the Settlement Agreement.

DONE AND ORDERED this 12th day of April, 2012.

                                              *S/ Stephan P. Mickle*
                                              Stephan P. Mickle
                                              Senior United States District Judge