IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**UNITED STATES OF AMERICA,**

        **Plaintiff,**

**vs**                                        **Case No. 1:11-cr-27/SPM**

**MARK ROBERT OLEARY**

        **Defendant.**

_____/

## FINAL ORDER OF FORFEITURE

THIS CAUSE CAME before the Court on the Motion of the United States of America for a Final Order of Forfeiture (doc. 46). Being fully advised in the premises, the Court finds as follows:

WHEREAS, on December 29, 2011, this Court entered a Preliminary Order of Forfeiture against the following:

    A.    **All real property located at 14171 S.E. 25th Street, Morriston, Florida, with all improvements and appurtenances thereon, more particularly described as:**

          **Lot 7, Block 32, the replat of Williston Highlands, Unit 5, according to the plat thereof recorded in Plat Book 4, Pages 5 thru SE, public records of Levy County, Florida,**

          **Together with a 2001 Merit Doublewide mobile home bearing ID # SFLHMBC3463X47058A and FLHMBC3463X47058B and Title #'s 83623810 and 83623854.**

WHEREAS, pursuant to Rule G(4)(a)(iv)(C) of the Supplemental Rules for Certain Admiralty or Maritime Claims and Asset Forfeiture Actions, notice of this forfeiture action

and of the intent of the United States of America to dispose of the property was published on an official Internet government forfeiture site, www.forfeiture.gov, for at least 30 consecutive days, beginning on March 30, 2012. Such notice informs all third parties of their right to file a petition within sixty (60) days of the first date of publication setting forth their interest in said property; and

WHEREAS, the United States of America entered into a Settlement Agreement with Claimant, Jill O'Leary, on April 12, 2012, agreeing to a private sale of the real property, and now forfeits the proceeds of the sale in lieu of the real property, described as the following:

A. **$12,168.14 United States Currency in lieu of all real property located at 14171 S.E. 25th Street, Morriston, Florida, with all improvements and appurtenances thereon.**

WHEREAS, no persons or entities having an interest in the above-referenced property have filed petitions, it is hereby

**ORDERED, ADJUDGED and DECREED** that the right, title and interest to the above-referenced property is hereby condemned, forfeited and vested in the United States of America and shall be disposed of in accordance with the law.

DONE AND ORDERED this 24th day of July, 2012.

*S/ Stephan P. Mickle*
Stephan P. Mickle
Senior United States District Judge